■ CHARLES G. RODMAN, as Trustee in Bankruptcy of the Estate of W. T. GRANT COMPANY, Appellant, v CITY OF SYRACUSE, Respondent.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Tenney, J. We add only that we have reviewed all of the issues raised by plaintiff on appeal and find them to be without merit. (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ. [124 Misc 2d 697.]